UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JANE ROE,

                                Plaintiff,

      v.                                                     3:05-cv-00332

COUNTY OF BROOME, et. al.,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        Plaintiff's request to have Exhibit A, B, C and D of document no. 4 sealed is GRANTED. The Clerk of the Court is directed to remove those exhibits from the electronic filing system and place it under seal.

        All future filings concerning personal privacy protection shall comply with N.D.N.Y.L.R. 8.1.

IT IS SO ORDERED.

Dated: April 19, 2005

                                                     Thomas J. McAvoy
                                                     Senior, U.S. District Judge