# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Kathy Pierre**

    vs.

**County of Broome, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-332


\_\_\_\_  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**  X  **  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT, MAHMOUD BUTT, M.D., WAS TERMINATED FROM THIS ACTION BY ORDER OF THE HONORABLE THOMAS J. MCAVOY FILED ON AUGUST 2, 2006.

IT IS ORDERED AND ADJUDGED THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS HAVE BEEN GRANTED.
IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED FEBRUARY 23, 2007.

Dated:  February 23, 2007

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk